IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 15-cr-00317-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    GERMAIN GARCIA,
2.    YOSANDRIS ROGUE DE ESCOBAR,
3.    MATEO POSADA,
4.    MAYDA JAM,
5.    CARLOS RODRIQUEZ-ALFONSO,
6.    JUAN PEREZ,
7.    ROZSA HAJDU,
8.    VICTOR GONZALEZ-GONZALEZ,
9.    VICTOR GARCIA,
10.  JORGE GARCIA-CABELLO,
11.  HECTOR ROGUE DE ESCOBAR,
12.  LILIA GOMEZ,
13.  ALIANET GARCIA-ROMERO,
14.  WILFREDO FIGUEROA DIAZ,
15.  ADALBERTO FERNANDEZ-LINARES,
16.  FELIX BARBARO DONATES-BLANCO,
17.  JESUS FERNANDEZ-DIAZ,
18.  LUIS ARAGON,
19.  MIGUEL MORENO,
20.  JORGE RODRIGUEZ-LEIVA,

      Defendants.

---

### ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS

---

Upon consideration of the Government's Motion to Disclose Copies of Transcripts of Grand Jury Testimony Under Specified Conditions to the Attorneys for the Defendants (Doc. 292), pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure, it is,

ORDERED that copies of the transcripts of testimony given before the Grand Jury and other Grand Jury materials be disclosed to the attorneys for the defendants for preparation for trial.

IT IS FURTHER ORDERED that the disclosed copies of the Grand Jury transcripts and materials are not to be reproduced and are to be retained in the personal custody or office of the attorney for the defendant.

DATED:   October 28, 2015

BY THE COURT:

*Christine M Arguello*
CHRISTINE M. ARGUELLO
United States District Judge